Robinson+Cole

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: ______________
DATE FILED: 11/23/2026

MATTHEW P. MAZZOLA

Chrysler East Building
666 Third Avenue, 20th Floor
New York, NY 10017
Main (212) 451-2900
Fax (212) 451-2999
mmazzola@rc.com
Direct (212) 451-2913

Also admitted in Florida and
New Jersey

MEMO ENDORSED

November 20, 2026

**VIA ECF**
Hon. Nelson Stephen Román
United States District Court: Southern District of New York
300 Quarropas Street
White Plains, New York 10601-4150

Re: *Shannon Walker f/k/a Shannon Burke v. Metropolitan Life Insurance Company et al.*
Case No.: 7:26-cv-07173-NSR

Dear Judge Román:

This office represents Defendant Metropolitan Life Insurance Company ("Defendant") in the above-referenced matter. Pursuant to Rule 1(D) of Your Honor's Individual Practices, Defendant respectfully requests a fourteen-day extension—from November 20, 2026, through and including December 4, 2026—for the parties to file their proposed case management plan and scheduling order under Federal Rules of Civil Procedure 16 and 26(f). The Parties have been discussing a potential resolution of Plaintiff's claims for the past several weeks. A brief extension would allow the parties to continue those discussions and determine whether resolution is possible, potentially avoiding the need to prepare and file (and the Court needing to review) a case management plan and scheduling order. Plaintiff consents to the relief requested herein. This is the Defendant's first request for an extension of this deadline. The requested extension will not affect any other dates set by the Court.

We greatly appreciate the Court's attention to this matter.

Respectfully submitted,

[signature]

cc: All Counsel of Record (*via ECF*)

The Court GRANTS Defendant's request, on consent, for a fourteen-day extension of time for the parties to file their proposed case management plan and scheduling order pursuant to Federal Rules of Civil Procedure 16 and 26(f). The parties shall file their proposed case management plan and scheduling order on or before December 4, 2026. The Clerk of Court is respectfully directed to terminate the motion at ECF No. 17. SO ORDERED.

Dated: November 23, 2026
White Plains, NY

[signature]

Nelson S. Román, U.S. District Judge